# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEIMA ANTYIONETTE CARTER,<br><br>               Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. EDCV 14-1109-JLS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Action as Untimely, for Failure to State a Claim, and for Failure to Comply with Court Orders,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 2, 2014

_____
JOSEPHINE L. STATON
U.S. DISTRICT JUDGE